UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SANDY GRACIANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

GALLS, LLC,

          Defendant.

------------------------------------- x

No.: 1:20-cv-7543-LGS

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), SANDY GRACIANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, GALLS, LLC, with prejudice and without fees and costs.

Dated: New York, New York
October 12, 2020

**GOTTLIEB & ASSOCIATES**

*/s/Jeffrey M. Gottlieb, Esq.*

Jeffrey M. Gottlieb, Esq., (JG-7905)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge