UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

SANDY GRACIANO, ON BEHALF OF HIMSELF :
AND ALL OTHER PERSONS SIMILARLY :
SITUATED, :
:
           Plaintiffs, : No.: <u>1:20-cv-7543-LGS</u>
:
           v. :
: **<u>NOTICE OF VOLUNTARY</u>**
GALLS, LLC, : **<u>DISMISSAL</u>**
:
           Defendant. :
:
------------------------------------ x

    Plaintiff(s), SANDY GRACIANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, GALLS, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       October 12, 2020

                                                              **GOTTLIEB & ASSOCIATES**

                                                             ***<u>/s/Jeffrey M. Gottlieb, Esq.</u>***

                                          Jeffrey M. Gottlieb, Esq., (JG-7905)
                                          150 East 18th Street, Suite PHR
                                                     New York, NY 10003
                                                         Phone: (212) 228-9795
                                                              Fax: (212) 982-6284
                                                            Jeffrey@Gottlieb.legal

                                                              *Attorneys for Plaintiffs*

SO ORDERED

*[signature]*

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2020
       New York, New York